**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| GREENTHREAD, LLC, | |
| *Plaintiff*, | |
| v. | Civil Action No. 23-cv-326-RGA |
| WESTERN DIGITAL CORPORATION; AND WESTERN DIGITAL TECHNOLOGIES, INC., | |
| *Defendants*. | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS**
**TO RESPOND TO PLAINTIFF'S COMPLAINT**

Plaintiff Greenthread, LLC ("Greenthread" or "Plaintiff") files this unopposed motion for extension of time for Defendants Western Digital Corporation and Western Digital Technologies, Inc. ("Western Digital" or "Defendant") to answer or otherwise respond to Plaintiff's Complaint (D.I. 1).

Plaintiff filed is Complaint on March 24, 2023 (D.I. 1). Defendants' deadline to respond was set for April 14, 2023 (D.I. 6). Counsel for Plaintiff conferred with Defendants' counsel on April 7, 2023.  Defendants have requested, and Plaintiff does not oppose, a forty-five (45) day extension of time to answer or otherwise respond to the Complaint.

Plaintiff therefore, on behalf of Defendants who have not yet retained Delaware counsel, respectfully requests an extension of time up to and including May 29, 2023, for Defendants to answer or otherwise respond to the Complaint. No prior extension of time has been requested. Accordingly, Plaintiff respectfully requests that the Court issue the attached proposed order extending Defendants' time to answer or otherwise respond to the Complaint to May 29, 2023.

2

Dated: April 13, 2023

Respectfully submitted,

**FARNAN LLP**

By: */s/ Michael J. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market St., 12th Floor
Wilmington, DE 19801
Telephone: 302-777-0300
Facsimile: 302-777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Counsel for Greenthread LLC*