# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GREENTHREAD, LLC, *Plaintiff*, v. WESTERN DIGITAL CORPORATION; AND WESTERN DIGITAL TECHNOLOGIES, INC., *Defendants*. | Civil Action No. 23-cv-326-RGA |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT

Before the Court is Plaintiff's Unopposed Motion for Extension of Time for Defendants to Respond to Plaintiff's Complaint. The Court, having considered the same, is of the opinion that the motion should be and is hereby **GRANTED.**

It is so ordered on this _____ day of April, 2023.

_____
The Honorable Richard G. Andrews